IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUIS VARGAS,<br><br>*Plaintiff,*<br><br>v.<br><br>JUSTIN MORRIS,<br><br>*Defendant.* | Case No. 2:21-cv-03298-JDW |

### ORDER

AND NOW, this 30th day of October, 2023, upon consideration of Plaintiff's Oral Motion and for the reasons stated on the record, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear his own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.